**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRIS WYATT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1541 |
| | § | |
| LITTON LOAN SERVICING LP, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOR HEARING**

A hearing will be held on the motion filed by counsel for Chris Wyatt to withdraw.

The hearing is set for **August 7, 2013, at 5:00** p.m. in Courtroom 11-B, 515 Rusk, Houston,

Texas**.** The court orders  the plaintiff, Chris Wyatt to appear at this hearing, along with

Michael Trevino and counsel for defendant.

SIGNED on July 31, 2013, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge